COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re John F. Curry, Jr.

Appellate case number:   01-15-00431-CV

Trial court case number:  2011-12077

Trial court:              308th District Court of Harris County

Relator's Motion for Temporary Relief is **GRANTED, in part**. The trial court's May 5, 2015 Order on Respondent's Motion for Interim Fees is **STAYED**, pending resolution of the petition for writ of mandamus. Relator's request to stay all proceedings is **DENIED**.

The Court **REQUESTS** a response from Real Party in Interest, Valerie Montez. The response, if any, is due May 26, 2015.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                      Acting individually

Date: May 12, 2015